# CASE INFORMATION

**CV-19-926765 SCHEEL PUBLISHING, INC. vs. RIYAD (ROD) KHLEIF, ET AL.**

<u>View Printer Friendly Version</u>

### Docket Information

| From Filing Date | | Docket Type 1 | Docket Type 2 | Docket Type 3 | Docket Type 4 | Filter Results |
|---|---|---|---|---|---|---|
| __/__/____ | ❓ | [SELECT] | [SELECT] | [SELECT] | [SELECT] | Start Search ❓ |

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 01/08/2020 | N/A | JE | JUDGE DEENA R CALABRESE (357) REMOVED - TRANSF'D TO COMMERCIAL DOCKET. CASE REASSIGNED TO JOSEPH D RUSSO (332) (RANDOM). NOTICE ISSUED | 📄 |
| 01/08/2020 | N/A | JE | THIS CASE IS HEREBY REFERRED FOR REASSIGNMENT TO THE COMMERCIAL DOCKET. NOTICE ISSUED | 📄 |
| 01/05/2020 | N/A | SR | FX RECEIPT NO. 40634861 RETURNED 12/27/2019 FAILURE OF SERVICE ON PARTY REM EQUITY GROUP, LLC - REFUSED AFTER 8 DAYS | |
| 12/24/2019 | N/A | SR | FEDEX RECEIPT NO. 40634860 DELIVERED BY FEDEX 12/23/2019 LIFETIME CASHFLOW ACADEMY, LLC PROCESSED BY COC 12/24/2019. | |
| 12/22/2019 | N/A | SR | FEDEX RECEIPT NO. 40634859 DELIVERED BY FEDEX 12/21/2019 LOWE-KHLEIF/TIFFANY/ PROCESSED BY COC 12/22/2019. | |
| 12/22/2019 | N/A | SR | FEDEX RECEIPT NO. 40634858 DELIVERED BY FEDEX 12/21/2019 KHLEIF/RIYAD (ROD)/ PROCESSED BY COC 12/22/2019. | |
| 12/18/2019 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 12/18/2019 | D4 | CS | WRIT FEE | |

| | | | | |
|---|---|---|---|---|
| 12/18/2019 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 12/18/2019 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 12/18/2019 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 12/18/2019 | D4 | SR | SUMS COMPLAINT(40634861) SENT BY FEDERAL EXPRESS. TO: REM EQUITY GROUP, LLC 180 TRIPLE DIAMOND BOULEVARD B4 NORTH VENICE, FL 34275 | 📄 |
| 12/18/2019 | D3 | CS | WRIT FEE | |
| 12/18/2019 | D3 | SR | SUMS COMPLAINT(40634860) SENT BY FEDERAL EXPRESS. TO: LIFETIME CASHFLOW ACADEMY, LLC 8388 S. TAMIAMI TRAIL, #153 SARASOTA, FL 34238 | 📄 |
| 12/18/2019 | D2 | CS | WRIT FEE | |
| 12/18/2019 | D2 | SR | SUMS COMPLAINT(40634859) SENT BY FEDERAL EXPRESS. TO: TIFFANY LOWE-KHLEIF 2405 BAYSHORE ROAD NOKOMIS, FL 34275 | 📄 |
| 12/18/2019 | D1 | CS | WRIT FEE | |
| 12/18/2019 | D1 | SR | SUMS COMPLAINT(40634858) SENT BY FEDERAL EXPRESS. TO: RIYAD (ROD) KHLEIF 2405 BAYSHORE ROAD NOKOMIS, FL 34275 | 📄 |
| 12/18/2019 | N/A | SF | JUDGE DEENA R CALABRESE ASSIGNED (RANDOM) | |
| 12/18/2019 | P1 | SF | LEGAL RESEARCH | |
| 12/18/2019 | P1 | SF | LEGAL NEWS | |
| 12/18/2019 | P1 | SF | LEGAL AID | |
| 12/18/2019 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 12/18/2019 | P1 | SF | COMPUTER FEE | |
| 12/18/2019 | P1 | SF | CLERK'S FEE | |
| 12/18/2019 | P1 | SF | DEPOSIT AMOUNT PAID KEVIN P. SHANNON | |
| 12/18/2019 | N/A | SF | CASE FILED: COMPLAINT | 📄 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2020 PROWARE. All Rights Reserved. 1.1.232