| | | |
|---|---|---|
| SCHEEL PUBLISHING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-19-926765 |
| | ) | |
| vs. | ) | Judge Joseph D. Russo |
| | ) | |
| RIYAD (ROD) KHLEIF, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF FILING OF REMOVAL OF CIVIL ACTION**

PLEASE TAKE NOTICE that on January 14, 2020, Defendants Riyad (Rod) Khleif, Tiffany Lowe-Khleif, Lifetime Cashflow Academy, LLC, and REM Equity Group, LLC filed in the United States District Court for the Northern District of Ohio, Eastern Division, a Notice of Removal of Civil Action to said District Court. A copy of the Notice of Removal is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. §1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of the copy of the Notice of Removal with this Court, effects the removal of this Action, and this Court may proceed no further unless and until the case is remanded.

Respectfully submitted,

*/s/John M. Skeriotis*
John M. Skeriotis (Ohio Bar # 0069263)
EMERSON THOMSON BENNETT, LLC
1914 Akron-Peninsula Rd.
Akron, Ohio 44313
jms@etblaw.com
(330) 434-9999 – Telephone
(330) 434-8888 – Facsimile
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2020, the foregoing *Notice of Filing Notice of Removal of Civil Action* was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this document through the Court's electronic filing system.

*/s/ John M. Skeriotis*
John M. Skeriotis