
ADVERTISEMENT

 Coronavirus COVID-19 Global Cases by J... Mo

Total Confirmed

**NEWS** > **CONTINUING COVERAGE** >
**CORONAVIRUS**

  

# Cuyahoga County Court of Common Pleas holding some court events over the phone due to COVID-19

Posted: 3:02 PM, Mar 10, 2020    Updated: Invalid date

 **By:** Drew Scofield



Copyright 2018 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

CLEVELAND — In wake of the coronavirus outbreak sweeping the country, Administrative Judge Brendan J. Sheehan said the Cuyahoga County Court of Common Pleas will conduct court business over the phone as much as possible.

According to Sheehan, it will help to "reduce public visits to the Justice Center and may limit potential social exposures."

Sheehan said that while it is not a mandatory request due to many court events having to take place in person, the reduction in traffic at the Justice Center "could make a difference in personal and community health."

"While some people may feel a temptation to power through illness to make it to work or court, we do ask anyone who is ill to remain home to limit spread of any type of virus," Sheehan said.

## Additional Coronavirus information and resources:

Below you can find information and resources on novel coronavirus, COVID-19, from local, state, national and international organizations, including the Cuyahoga County

Board of Health, the Ohio Department of Health, the Centers for Disease Control and Prevention, and the World Health Organization.

News 5 will continue to update this section with new information, resources, links, and more as it is made available.

## COVID-19/2019 Novel Coronavirus Overview from the CDC:

"2019 Novel Coronavirus (2019-nCoV/COVID-19) is a virus (more specifically, a [coronavirus](#)) identified as the cause of an outbreak of respiratory illness first detected in Wuhan, China. At this time, it's unclear how easily or sustainably this virus is spreading between people. Coronaviruses are a large family of viruses that are common in many different species of animals, including camels, cattle, cats, and bats. Rarely, animal coronaviruses can infect people and then spread between people such as with Middle East Respiratory Syndrome ([MERS](#)) and Severe Acute Respiratory Syndrome ([SARS](#))."

"When person-to-person spread has occurred with MERS and SARS, it is thought to have happened mainly via respiratory droplets produced when an infected person coughs or sneezes, similar to how influenza and other respiratory pathogens

spread. Spread of MERS and SARS between people has generally occurred between close contacts."



Global case numbers are reported by the World Health Organization (WHO) in their coronavirus disease 2019 (COVID-19) situation reportexternal icon.

**Coronavirus in Ohio:**

As of Monday, March 9, there were three confirmed cases of coronavirus in Ohio, all in Cuyahoga County, outside of Cleveland.

According to the governor, two of the cases are from a married couple that went on a cruise on the Nile River.

The other case is from a person that went to the AIPAC conference in Washington D.C. According to a cantor from the

Jewish Temple in Beachwood, 160 people from Cleveland attended the conference.

The three patients are between 54 and 56-years-old, according to officials. None of the positive cases have been hospitalized at this time.

**READ MORE:** [Ohio's 3 coronavirus cases are in Cuyahoga County; Gov. DeWine declares state of emergency](#)

See the [Coronavirus information page on the Ohio Department of Health's website](#) for the latest numbers of confirmed cases and persons under investigation.

# From News 5 and affiliated news outlets:

[News 5's Coronavirus continuing coverage page](#)

[How to prepare your family and pets for COVID-19](#)

[EPA releases list of approved disinfectants to use against COVID-19](#)

[How to protect yourself from coronavirus when flying](#)

# Symptoms

The symptoms of coronavirus are fever and lower respiratory tract issues, such as cough and shortness of breath, according to the Cuyahoga County Board of Health.





CDC

The three symptoms of coronavirus, according to the CDC

# Travel



CDC

Anyone traveling internationally should review plans in advance of their trip, and check the CDC's COVID-19 Travel Information Page for daily updates and travel alerts.

Click here for the CDC COVID-19 Travel Information Page

# Practice Good Hygiene

The CCBH recommends the following good hygiene practices to prevent coronavirus, as well as the flu, colds and other illnesses:

Sneeze or cough into the bend of your elbow to keep germs from spreadingRegularly wash your hands with soap and water/use alcohol-based hand sanitizer in betweenDon't share cups, spoons, forks, etc. with anyoneDon't make food for anyone if you are sickDon't go to work or school if you are sickVisit a doctor, urgent care or emergency department if you are sick – don't take chances

Please contact your medical provider with any questions.

[Video]

# Guidance for those with compromised immune systems

Click here for specific guidance from the CCBH for anyone at higher risk for becoming ill.

## Additional Resources



**Cuyahoga County:** See the CCBH page on coronavirus here.



**Ohio Department of Health:**

Click here for the Ohio Department of Health's Coronavirus information page.

It is updated daily at 2 p.m. with the current number of confirmed cases, persons under investigation and persons under investigation who tested negative for the disease.

More resources from ODH:

Fact sheet
Prevention infographic
Resources and information

**Ohio Secretary of State:**

Corona Facts: Ohio Secretary of State Frank LaRose has launched a web page dedicated to providing facts about coronavirus' impacts on voting and the Primary Election in Ohio.

**Centers for Disease Control and Prevention**

The CCBH has created this list of coronavirus-related resources from the CDC:

Homepage for COVID-19 materials and information

Fact sheet – Chinese
Fact sheet – English
Fact sheet – Spanish

Guidance for businesses
Guidance for colleges and universities
Guidance for communities and mass gatherings
Guidance for healthcare facilities
Guidance for healthcare professionals
Guidance for people with elevated risk for illness
Guidance for pregnant women
Guidance for risk assessment
Guidance for schools
Guidance for travelers

What you can do to stop the spread of COVID-19 – Chinese
What you can do to stop the spread of COVID-19 – English
What you can do to stop the spread of COVID-19 – Spanish

If you are sick with COVID-19 – Chinese

If you are sick with COVID-19 – English

If you are sick with COVID-19 – Spanish

Preventing spread of COVID-19 at election/polling/voting locations

Prevention and treatment

Symptoms – overview

## World Health Organization

Coronavirus information

Mythbusters – the truth about food, packages, pets and other things related to COVID-19

Video – What is COVID-19?

Video – What is my risk of getting COVID-19?

Video – How can I protect myself from COVID-19?

Copyright 2020 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

CURATION BY 



**Ohio Gov. Mike DeWine asks indoor sporting events be played without spectators**



Sponsored

**Ohio Launches New Policy For Cars Used Less Than 50 Miles/Day**

Comparisons.org



Sponsored

**Chiropractors Baffled: Simple Stretch Relieves Years of Back Pain (Watch)**

healthbenefits.vip



**10-year-old girl fatally struck by school bus in Brooklyn, police say**



**Cleveland Clinic CEO adresses Coronavirus and prevention**

# Global Coronavirus Tracker:

# See map here

Data independently provided by: The Center for Systems Science and Engineering at Johns Hopkins University.



ADVERTISEMENT

  

Northeast Ohio Traffic   News   Consumer
Sports   Entertainment   Life   Video
Marketplace   Don't Waste Your Money
Support


[Scripps Local Media](#)
© 2020 Scripps Media, Inc

Site Map   Do Not Sell My Info
Privacy Policy   Journalism Ethics Guidelines
Terms of Use   EEO   Careers
FCC Public Files   Public File Contact

CLOSE

ADVERTISEMENT

