UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SCHEEL PUBLISHING, INC., | ) CASE NO. 1:20 CV 76 |
| Plaintiff-Counterclaim Defendant, | ) JUDGE DAN AARON POLSTER |
| vs. | ) STIPULATED DISMISSAL WITH PREJUDICE |
| RIYAD KHLEIF, et al., | ) |
| Defendants-Counterclaim Plaintiffs-Third Party Plaintiffs, | ) |
| vs. | ) |
| JOHN SCHEEL, et al., | ) |
| Third Party Defendants. | ) |

FILED
MAR 13 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

At the Case Management Conference held on Friday, March 13, 2020, the Court engaged the parties in settlement discussions, at the conclusion of which the parties reached a settlement. Accordingly, this case is dismissed with prejudice, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Attorney for Plaintiff-Counterclaim Defendant-Third Party Defendants

_____
Attorney for Defendants-Counter Claimants- Third Party Plaintiffs

IT IS SO ORDERED.

_____ 3/13/20
Dan Aaron Polster
United States District Judge